E-FILED 1/7/15

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY THOMAS,<br><br>　　　　Plaintiff,<br>　vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS; PATRICIA QUEZADA; MARY M-692 and DOES 1 through 10 Inclusive,<br><br>　　　　Defendants. | Case No.: 14-CV-08505 PSG-AS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

　　Based upon the stipulation to dismiss executed by the parties pursuant to FRCP 41(a)(1),

　　IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, each party to bear her/its own fees and costs.

Dated:
　1/7/15

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez
United Stated District Judge